No. 59686.—V. W. Davis et al. *v.* United States, protests 124209–K, etc. (Duluth).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiffs was sustained as to said items.

No. 59687.—F. E. Macartney *v.* United States, protest 154399–K (Duluth).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

No. 59688.—Daprato Statuary Co. *v.* United States, protests 219931–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of wood figures similar in all material respects to those the subject of Abstract 58592, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 26, 1956

No. 59689.—Freedman & Slater, Inc., et al. *v.* United States, protests 173978–K (A), etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA*